UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RONALD DAVIDSON,

        Plaintiff,

v.

CHUNG SHUK LEE, SUSAN MUELLER,
CARL J. KOENIGSMANN, and JOHN AND
JANE DOES,

        Defendants.
------------------------------------------------------------x

**ORDER**

17 CV 9820 (VB)

On November 4, 2019, the Court granted plaintiff's counsel's motion to be relieved and scheduled a conference for January 17, 2020. The Court ordered plaintiff to appear for the conference either through new counsel or in person. Plaintiff did not appear. The conference was rescheduled for February 24, 2020, at 12:30 p.m.

On February 18, 2020, the Court received plaintiff's request to adjourn the February 24, 2020, conference due to a work-related appointment that cannot be postponed. (Doc. #65). Plaintiff did not propose a new date for the conference or indicate that he had conferred with defense counsel regarding the adjournment.

Accordingly, the conference scheduled for February 24, 2020, is adjourned to March 25, 2020, at 2:30 p.m.

In the future, plaintiff **must** comply with Paragraph 1.G of Judge Briccetti's Individual Practices when requesting an adjournment.

The Clerk is directed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: February 20, 2020
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge