Copies Mailed/Faxed 3/18/20
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
3/18/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RONALD DAVIDSON,

        Plaintiff,

v.

CHUNG SHUK LEE, SUSAN MUELLER,
CARL J. KOENIGSMANN, and JOHN AND
JANE DOES,

        Defendants.
--------------------------------------------------------------x

**ORDER**

17 CV 9820 (VB)

With respect to the conference in this matter scheduled for March 25, 2020, at 2:30 p.m., plaintiff and counsel for defendants shall attend by calling the following number and entering the access code when requested:

<u>Number</u>: (888) 363-4749 (toll-free) or (215) 446-3662

<u>Access Code</u>: 1703567

The parties should be on the line by 2:30 p.m. and announce their names before speaking.

In the event plaintiff has retained counsel by the March 25, 2020 conference, counsel shall attend by using above call-in procedure.

Dated: March 18, 2020
      White Plains, NY

SO ORDERED

_____
Vincent L. Briccetti
United States District Judge