UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RONALD DAVIDSON,

                   Plaintiff,

      -against-

CHUNG SHUK LEE, Shawangunk Correctional
Facility Health Services Director (in his individual
capacity); SUSAN MUELLER, Regional Medical
Director (in her individual capacity); CARL J.
KOENIGSMANN, Deputy Commissioner/Chief
Medical Officer (in his individual capacity); JOHN
and JANE DOEs, medical services staff at
Shawangunk Correctional Facility (sued in their
individual capacities),

                   Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2021

17 CIVIL 9820 (CS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 1, 2021, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       November 2, 2021

                                                         RUBY J. KRAJICK

                                                         Clerk of Court

                        BY:

                                                         **Deputy Clerk**